FILED

03/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0579

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0579

---

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KEITH PRICE,

Defendant and Appellant.

---

**GRANT OF EXTENSION**

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 14, 2023, within which to prepare, file, and serve its response brief.

**BB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 14 2023